AO 455 (Rev. 5/85)  Waiver of Indictment

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2011 ★
BROOKLYN OFFICE

# United States District Court

Eastern DISTRICT OF New York

UNITED STATES OF AMERICA

v.

Philip Klein

**WAIVER OF INDICTMENT**

CASE NUMBER: 11 CR 255 (JBW)

I, Philip Klein, the above named defendant, who is accused of 18 U.S.C. Section 641 and 26 U.S.C. Section 7201

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 16, 2011 prosecution by indictment and consent that the proceeding may be by information rather than by indictment. violating 18 U.S.C. Sections 641 and 26 U.S.C. Section 7201

_____
Defendant

_____
Counsel for Defendant

s/Robert Levy
Before _____
Judicial Officer